# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**806**

**CA 15-02109**

PRESENT: SMITH, J.P., CARNI, LINDLEY, DEJOSEPH, AND SCUDDER, JJ.

---

MELISSA LAZAR, PLAINTIFF-RESPONDENT,

V                                                                          ORDER

BARRY D. LAZAR, DEFENDANT-APPELLANT.

---

SHELDON B. BENATOVICH, WILLIAMSVILLE (JAMES P. RENDA OF COUNSEL), FOR DEFENDANT-APPELLANT.

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOHN A. COLLINS OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

--------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered March 25, 2015. The order, among other things, modified the amount of monthly maintenance to be paid by defendant.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: September 30, 2016                    Frances E. Cafarell
                                               Clerk of the Court